NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF OAKLEY POLICE OFFICERS ENGLAND AND WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI ADLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF OAKLEY POLICE OFFICERS ENGLAND, PATEL, WILLIAMS AND DOES 1-80 ,<br><br>　　　　Defendants. | Case No. C24-03939 HSG<br><br>**JOINT STIPULATION AND ORDER TO STAY ALL PROCEEDINGS AND COURT DEADLINES (as modified)** |

　　　　The above-captioned Plaintiff and Defendants (hereafter, the "Parties"), by and through their respective counsel, with Mr. Cajina specially appearing herein for this Stipulation on behalf of Plaintiff's Counsel, Mr. Goff, who is incapacitated, hereby stipulate and request as follows:

　　　　WHEREAS, Plaintiff's Counsel, Stanley Goff, is currently receiving critical medical care due to a serious incident that occurred on November 29, 2024;

　　　　WHEREAS, Mr. Goff will need to undergo an extensive recovery period following said care;

　　　　WHEREAS, said unforeseen circumstance constitutes good cause to stay all pending proceedings and deadlines in the above-captioned matter for a period of another three (3) months. There is no schedule currently entered in this case at this point and no trial date;

WHEREAS, this matter is set for a Further Case Management Conference on February 4th as well, which should also be continued and this stipulation is the update to the Court in this regard.

NOW, THEREFORE, the Parties hereby stipulate, agree, and respectfully request that:

1. The Court stay the litigation, including all proceedings and upcoming deadlines, in all respects, for the next ninety (90) days in the above-captioned matter;

2. That the Court vacate the current February 4th Case Management Conference and reset a Case Management Conference in early May 2025, per the availability of the Court, for a status update on this matter.

3. The Parties will also agree to provide the Court an Updated Joint Case Management Conference Statement no later than seven (7) days in advance of said new Case Management Conference with a status update and a proposed scheduling order for any deadlines impacted by this stay.

IT IS SO STIPULATED.

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated: January 21, 2025         LAW OFFICE OF FULVIO F. CAJINA

                                By:/s/ Fulvio F. Cajina
                                   FULVIO F. CAJINA
                                   Specially Appearing for Plaintiff

                                LAW OFFICE OF STANLEY GOFF

Dated: January XX, 2025         ***CURRENTLY INCAPACITATED***
                                STANLEY GOFF
                                Attorney for Plaintiff

Dated:  January 21, 2025        MCNAMARA, AMBACHER, WHEELER,
                                HIRSIG & GRAY LLP

                                By:    /s/ Noah G. Blechman
                                   Noah G. Blechman
                                   John J. Swafford
                                   Attorneys for Defendants
                                   CITY OF OAKLEY POLICE OFFICERS ENGLAND
                                   AND WILLIAMS

**(\*\*ORDER ON NEXT PAGE\*\*)**

# ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. The litigation, including all proceedings and upcoming deadlines, in all respects, are hereby stayed for the next ninety (90) days in the above-captioned matter;

2. The next Case Management Conference is hereby set for May 6, 2025, at 2:00 p.m via Zoom. The Zoom webinar information and instructions remain the same as previously provided in docket no. 8.

3. The Parties are to provide the Court an Updated Joint Case Management Conference statement no later than seven (7) days in advance of said Case Management Conference with a status update and a proposed scheduling order for any deadlines impacted by this stay.

IT IS SO ORDERED.

Dated: 2/4/2025

By: _____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

JOINT STIPULATION AND ORDER TO STAY ALL PROCEEDINGS - C24-03939 HSG      3