STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RANDI ADLER, | CASE NO.: 4:24-cv-03939-HSG |
|---|---|
| Plaintiff, | JOINT STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (as modified) |
| v. | |
| CITY OF OAKLEY POLICE OFFICERS ENGLAND, WILLIAMS AND DOES 1-80 | |
| Defendants. | |

1
JOINT STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

WHEREAS, Counsel for both parties have met and conferred and agree that Plaintiff should be allowed leave to amend the complaint and remove Patel as a named defendant in the case and also clear up some formatting and legal claim identification issues.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Plaintiff should be allowed leave to file a First Amended Complaint.

LAW OFFICE OF STANLEY GOFF

Dated: May 2, 2025      /s/ Stanley Goff
                        STANLEY GOFF
                        Attorney for Plaintiff

Dated: May 2, 2025      /s/ Noah Blechman
                        NOAH BLECHMAN
                        Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court sets a May 9, 2025 deadline for the amended complaint to be e-filed by.

DATED: 5/2/2025

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

2
JOINT STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT