NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF OAKLEY POLICE OFFICERS ENGLAND, AND
WILLIAMS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI ADLER,<br><br>                  Plaintiff,<br><br>          vs.<br><br>CITY OF OAKLEY POLICE OFFICERS ENGLAND, WILLIAMS AND DOES 1-80,<br><br>                  Defendants. | Case No. C24-03939 HSG<br><br>**JOINT STIPULATION AND ORDER TO REQUEST EXTENSION OF DISPOSITIVE MOTION HEARING DATE DEADLINE** |

In the above-captioned matter, Plaintiff and Defendants (hereafter, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

1.  WHEREAS, per the Court's prior Scheduling Order, ECF 34, this matter is set for a Dispositive Motion Hearing Deadline on January 15, 2026, at 2:00 p.m. (meaning the current deadline to file the dispositive motion is December 11th).

2.  WHEREAS, due to significant trial conflict of Defendants' counsel, the defense seeks to extend the hearing deadline (which would then extend the filing deadline) in light of this significant schedule conflict, as Defendants will not have enough time to properly prepare the dispositive motion in light of this trial conflict.

3.  WHEREAS, Defendants' lead counsel, Noah G. Blechman and John J. Swafford, will be

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

1    attending a several week jury trial in the officer involve shooting case of *Juan Garcia, et. al. v.*

2    *County of Napa, et al.* 23CV000234, in Napa County Superior Court (ironically, the same

3    *Garcia* case that Your Honor handled in U.S. District Court), starting November 3, 2025, and

4    expected to last most of the month of November (due to several Court holidays that month).

5    4.  WHEREAS, fact and expert discovery has closed in this matter (no experts were disclosed by

6        any party) so the next step in this matter is really the dispositive motion of Defendants.

7    5.  WHEREAS, said circumstance constitutes good cause to extend the dispositive motion hearing

8        deadline in the above-captioned matter for two (2) weeks at a minimum, or more per the Court's

9        calendar (which will then extend the deadline for the filing of the dispositive motion).

10   6.  WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court enter

11       an order extending deadline for the last day for the Dispositive Motion Hearing to January 29,

12       2026 (at 2:00 p.m.), or to another hearing date beyond that date per the Court's calendar.

13           IT IS SO STIPULATED.

14           The undersigned attests that permission in the filing of this document(s) has been obtained

15   from the signatory below which shall serve in lieu of the actual signatures on the document(s).

16   Dated:  October 31, 2025          THE LAW OFFICE OF STANLEY GOFF

17                                     By: ___/s/ Stanley Goff_____
                                           Stanley Goff
18                                         Attorney for Plaintiff

19   Dated:  October 31, 2025          MCNAMARA, AMBACHER, WHEELER,
                                       HIRSIG & GRAY LLP
20

21                                     By: ___/s/ Noah Blechman_____
                                           Noah G. Blechman
22                                         John J. Swafford
                                           Attorneys for Defendants
23                                         CITY OF OAKLEY POLICE OFFICERS ENGLAND,
                                           AND WILLIAMS

24

25

26           **(**ORDER ON NEXT PAGE**)**

27

28

JOINT STIPULATION AND ORDER TO                  2
EXTEND MSJ HEARING DEADLINE – C24-03939 HSG

## <u>ORDER</u>

The Court, having considered the parties' stipulation, and good cause appearing, hereby continues the Dispositive Motion Hearing Deadline from January 15, 2026, at 2:00 p.m., to January 29, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  11/3/2025

By: _Haywood S. Gilliam Jr._
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330