STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDI ADLER,

       Plaintiff,

v.

CITY OF OAKLEY POLICE OFFICERS
ENGLAND, WILLIAMS AND DOES 1-80

       Defendants.

Case 4:24-cv-03939-HSG

**PLAINTIFF'S COUNSEL'S EX-PARTE
APPLICATION TO FILE PLAINTIFF'S
REQUEST TO APPEAR REMOTELY
AND ORDER (as modified)**

**DATE: January 29, 2026**
**TIME: 2:00 p.m.**
**JUDGE: Judge Haywood S. Gilliam Jr.**

    Plaintiff's counsel hereby applies *Ex Parte* for an order permitting him to file
**PLAINTIFF'S REQUEST TO APPEAR REMOTELY**. This Application is concurrently filed
with a Declaration of STANLEY GOFF, **ADMINTISTRATIVE REQUEST TO APPEAR
REMOTELY** and proposed order.

January 26, 2026

                     LAW OFFICES OF STANLEY GOFF
                     By: /s/ *Stanley Goff*
                       Attorney for Plaintiff

**<u>ADMINTISTRATIVE REQUEST TO APPEAR REMOTELY</u>**

Plaintiff's counsel moves for administrative relief from the Court to appear remotely for the scheduled Motion for Summary Judgment hearing set for January 29, 2026, at 2:00 p.m. (Goff Dec. paragraphs 2-5) The request is based on the following grounds: Plaintiff's counsel who is based out of San Francisco, was shot, leading to his leg being amputated. (Goff Dec. paragraphs 2-5)

Plaintiff's counsel is currently confined to a wheelchair and unable to drive. Plaintiff's counsel has not been able to secure an assistant for January 29th to get him to the federal court building in Oakland and into the Courtroom where the hearing is to be conducted. (Goff Dec. paragraphs 2-5) Prior to filing this motion, Plaintiff's counsel reached out to Defendants' counsel via email asking if he would agree to have the January 29th hearing conducted remotely due to Plaintiff's counsel's current medical disabilities.  Defendants' counsel informed Plaintiff's counsel that he would not oppose Plaintiff's counsel appearing via Zoom, but that he wanted to appear in person. (Goff Dec. paragraphs 2-5)

**CONCLUSION**

Plaintiff's counsel respectfully requests that this motion be granted.

Dated: January 26, 2026

LAW OFFICES OF STANLEY GOFF
By: */s/ Stanley Goff*
Attorney for Plaintiff

ORDER

Based on the reasons provided, this Court grants Plaintiff's motion to appear remotely via zoom for the January 29, 2026, MOTION FOR SUMMARY JUDGMENT hearing.  The CRD will e-mail counsel the zoom information and instructions.

**Haywood S. Gilliam Jr.**
**United States District Court Judge**